**FILED**

Jan 26 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. BERMUDEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>J. ALLISON,<br><br>      Defendant. | Case No. 20-cv-00860-TSH<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting the Motion to Dismiss, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 26, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge